Maurice W. DONIKIN, Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.

No. 05–6001.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 12, 2005.

Decided: May 17, 2005.

Maurice W. Donikin, Appellant pro se.

Amy L. Marshall, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellee.

Before TRAXLER, KING, and
SHEDD, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Maurice W. Donikin, a state prisoner,
seeks to appeal the district court's order
adopting the report and recommendation
of the magistrate judge and dismissing his
petition filed under 28 U.S.C. § 2254
(2000) as time-barred under 28 U.S.C.
§ 2244(d)(1) (2000). The order is not ap-
pealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that his constitutional claims
are debatable and that any dispositive pro-
cedural rulings by the district court are
also debatable or wrong. *See Miller–El v.
Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.2001). We have indepen-
dently reviewed the record and conclude
that Donikin has not made the requisite
showing. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED*